**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROSALINDA ORTIZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 1:10CV3189 |
| NCO FINANCIAL SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL**

Plaintiff and defendant hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to the dismissal of this action, with prejudice and without costs.

Respectfully submitted,

/s/ Thomas E. Soule
Thomas E. Soule
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

/s/ James K. Schultz
James K. Schultz
SESSIONS FISHMAN NATHAN
  & ISRAEL LLP
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603
(312) 578-0990
(312) 578-0991 (FAX)
jschultz@sessions-law.biz

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that the preceding document was filed with the Court on August 24, 2010, and that the same was served upon James Schultz (jschultz@sessions-law.biz), counsel for defendant, by operation of the Court's electronic filing system, on the same date.

/s/ Thomas E. Soule
Thomas E. Soule